UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| Laura Ann Toomey, | ) | |
| | ) | Case No. 14-48532-705 |
| | ) | Chapter 7 |
| Debtor, | ) | |
| | ) | Debtor's Response to |
| | ) | Trustee's Motion to Compel |
| Fredrich J. Cruse Trustee, | ) | Turnover |
| | ) | |
| Movant, | ) | |
| VS. | ) | |
| | ) | |
| Laura Ann Toomey, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**<u>DEBTOR'S RESPONSE TO MOTION TO COMPEL TURNOVER</u>**

Comes now Debtor, Laura Ann Toomey, by and through her
attorney, and responds to the Trustee's Motion to Compel
Turnover, as follows:

1.    Debtor admits the allegations and statements
contained in paragraphs 1 through 4 of the Trustee's
motion.

2.    In response to paragraph 5 of the Trustee's
motion, Debtor states that she and the undersigned Counsel
respectfully disagree with the Trustee's determination and
state that the tax refund in question is 100% attributable
to the Debtor's non-filing spouse's withholdings as the
Debtor had no tax withholding for the period in question.
Pursuant to current 8th Circuit case law tax refunds that

are attributable to a non-filing spouse's withholdings are not property of the Bankruptcy Estate.  See <u>Carlson v. Moratzka (In re Carlson), 394 B.R. 491, 2008 Bankr. LEXIS 2295, Bankr. L. Rep. (CCH) P81,322, 60 Collier Bankr. Cas. 2d (MB) 487, 102 A.F.T.R.2d (RIA) 6156 (B.A.P. 8th Cir. 2008)</u>

3.    In response to paragraph 6 of the Trustee's motion, Debtor states that she and the undersigned Counsel have responded to all of the Trustee's requests and have been corresponding on a regular basis with the Trustee regarding this matter.

4.    In response to paragraph 7 of the Trustee's motion, Debtor states that she has attempted to resolve the matter amicably with the Trustee but has been unsuccessful.

5.    In response to paragraph 8 of the Trustee's motion, Debtor states that she has complied with all of the Trustee's requests for information and has provided all requested information to the Trustee.

WHEREFORE, Debtor prays that the Court deny the Trustee's Motion to Compel and for such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

Pontello Law, LLC


   /s/Dominic Pontello
Dominic M. Pontello, 60947MO
5988 Mid Rivers Mall Dr., Suite 114

St. Charles, MO 63304
(636)541-7673
(636) 441-6881 Fax
pontellolaw@yahoo.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Debtor's Response to Trustee's Motion to Compel, was mailed to all parties, WHO HAVE NOT BEEN ELECTRONICALLY NOTIFIED, including Debtor this 6th day of September, 2016.

/s/ Dominic Pontello

Fredrich J. Cruse, Trustee -via ECF only

Laura Toomey
1961 Muir Woods Ln.
Saint Louis, MO 63131